UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COMMISSIONERS OF THE NEW YORK STATE
INSURANCE FUND, *as assignee of Vivian Johnson,
assignor*,

                         Plaintiff,

     -v-

SCHINDLER ELEVATOR CORPORATION,

                         Defendant.
-------------------------------------------------------------------X

25-CV-4397 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 29, 2025 Order, ECF No. 5, Defendant was required to serve Plaintiff and file proof of such service on the docket. To date, Defendant has failed to do so.

      As a courtesy, Defendant's deadline to file proof of service is hereby EXTENDED, *nunc pro tunc*, to **July 15, 2025**, and the initial pretrial conference scheduled for July 17, 2025 is hereby ADJOURNED to **July 24, 2025**. Failure to abide by the Court's Order may result in sanctions.

      SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                                  United States District Judge