UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
COMMISSIONERS OF THE NEW YORK STATE :
INSURANCE FUND, *as assignee of Vivian Johnson,* :
*assignor*, :
: 25-CV-4397 (JMF)
Plaintiff, :
: <u>ORDER</u>
-v- :
:
SCHINDLER ELEVATOR CORPORATION, :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 15, 2025, Defendant filed an Affidavit of Service, ECF No. 9, indicating that Defendant served a copy of the Court's May 29, 2025 Order earlier that day on July 15, 2025, despite the Court directing service by June 2, 2025, ECF No. 5.  In light of Defendant's significant delay in serving Plaintiff, the initial pretrial conference is ADJOURNED to **August 21, 2025 at 9:00 a.m.**

      Defendant shall serve a copy of this Order electronically and/or by first-class mail on Plaintiff within **two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.  Failure to do so may result in sanctions.

      SO ORDERED.

Dated: July 16, 2025
       New York, New York
                                                             JESSE M. FURMAN
                                                           United States District Judge