UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
COMMISSIONERS OF THE NEW YORK STATE      :
COMPANY,                                 :
                                         :
              Plaintiff,           :      25-CV-4397 (JMF)
                                         :
  -v-                                    :      ORDER
                                         :
SCHINDLER ELEVATOR CORPORATION,          :
                                         :
             Defendant.           :
                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 25, 2025 Order, ECF No. 21, the parties were required to file a joint letter on mediation, the contents of which are described therein, no later than October 1, 2025. To date, the parties have not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 9, 2025**. Failure to file the joint letter by that deadline may result in sanctions.

       SO ORDERED.

Dated: October 3, 2025
       New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge