```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
COMMISSIONERS OF THE NEW YORK STATE                                  :
INSURANCE FUND,                                                      :
                                                                     :
                        Plaintiff,                                   :   25-CV-4397 (JMF)
                                                                     :
        -v-                                                          :          ORDER
                                                                     :
SCHINDLER ELEVATOR CORPORATION,                                      :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 14, 2025 Order, ECF No. 16, the parties were required to file a status letter on settlement, the contents of which are described therein, no later than October 24, 2025.  In light of the parties' October 9, 2025 letter, ECF No. 23, which indicates that the parties have scheduled a mediation for November 3, 2025, the deadline to file the status letter is hereby EXTENDED, *nunc pro tunc*, to **November 10, 2025.**

      SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                           United States District Judge